[No. 28813-7-III.   Division Three.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ALVIN SANKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-02151-4, Harold D. Clarke III, J., entered January 19, 2010. *Reversed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 38643-7-II.   Division Two.   June 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON SILVA WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01529-9, Beverly G. Grant, J., entered November 14, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, J.; Hunt, J., concurring in part.

[Nos. 39053-1-II; 39451-1-II.   Division Two.   June 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DARA RUEM, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-02685-1, Lisa R. Worswick, J., entered March 13, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 39939-3-II.   Division Two.   June 1, 2011.]

VALLEY/50TH AVENUE, LLC, *Appellant*, v. MORSE AND BRATT, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-03746-5, Stephen M. Warning, J. Pro Tem., entered September 29, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.